IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02635-DME-MJW

JAPAN BIO SCIENCE LABORATORY CO., LTD.,

Plaintiff(s),

v.

N-ZYMECEUTICALS, INC.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Withdraw as Counsel, DN 9, filed with the Court on January 9, 2008, is GRANTED and Mr. Gold and the firm of Rutter Hobbs & Davidoff Incorporated are permitted to withdraw as counsel for the defendants.

Date: January 14, 2008