IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02635-DME-MJW

JAPAN BIO SCIENCE LABORATORY CO., LTD.,

Plaintiff(s),

v.

N-ZYMECEUTICALS, INC.,

Defendant(s).

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

     It is hereby ORDERED that the Stipulated Motion for Entry of Stipulated
Protective Order (docket no. 40) is GRANTED.  The written Stipulated Protective Order
is APPROVED and made an Order of Court.

Date:  July 31, 2008